# UNITED STATES DISTRICT COURT

**Northern** District of **California**

Silvaco, Inc.

Plaintiff(s),

V.

Gliding Eagle Inc., et al

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:18-CV-07135-SVK

Notice is hereby given that, subject to approval by the court, __Plaintiff Silvaco, Inc.__ substitutes
(Party (s) Name)

__Randolph Gaw__, State Bar No. __223718__ as counsel of record in
(Name of New Attorney)

place of __Thomas Moore__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Gaw \| Poe LLP |
| Address: | 4 Embarcadero Center, Suite 1400 |
| Telephone: | (415) 766-7451     Facsimile (415) 737-0642 |
| E-Mail (Optional): | rgaw@gawpoe.com |

I consent to the above substitution.

Date: 6/5/2019

Joie Le, Esq., on behalf of Plaintiff Silvaco, Inc.

_(Signature of Party (s))_

I consent to being substituted.

Date: 6/5/2019

Thomas Moore, Esq.

_(Signature of Former Attorney (s))_

I consent to the above substitution.

Date: 6/5/2019

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: June 5, 2019

Susan van Keul

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]