# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Silvaco, Inc.
        Plaintiff(s),

V.

Gliding Eagle Inc., et al
        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:18-CV-07135-SVK

Notice is hereby given that, subject to approval by the court, __Plaintiff Silvaco, Inc.__ (Party(s) Name) substitutes __Flora Vigo__ (Name of New Attorney), State Bar No. __239643__ as counsel of record in place of __Thomas Moore__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Gaw \| Poe LLP |
| Address: | 4 Embarcadero Center, Suite 1400 |
| Telephone: | (415) 766-7451    Facsimile (415) 737-0642 |
| E-Mail (Optional): | fvigo@gawpoe.com |

I consent to the above substitution.
Date: 6/5/2019

Joie Le, Esq., on behalf of Plaintiff Silvaco, Inc.
_(signature)_
(Signature of Party(s))

I consent to being substituted.
Date: 6/5/2019

Thomas Moore, Esq.
_(signature)_
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 6/5/2019

_(signature)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 5, 2019

_Susan van Keulen_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]